**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAISY TACKETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-2266-JTMGEB |
| | ) |
| **UNIVERSITY OF KANSAS** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS**

Plaintiff hereby moves this Court for an extension of time of three days to file her response to Defendant's Motion to Dismiss. In support of this motion and pursuant to Local Rule 6.1(a), Plaintiff states:

1. Defendant filed its Motion to Dismiss in this Court on May 27, 2016.

2. Plaintiff's response to Defendant's Motion to Dismiss is currently due on June 28, 2016.

3. Counsel for Plaintiff previously requested an extension to file a response to Defendant's Motion to Dismiss (Doc. 10), which was granted on June 15, giving Plaintiff until June 28 to file her response (Doc. 12).

4. Counsel for Plaintiff spoke by telephone with counsel for Defendant on June 28, 2016, and Defense counsel responded that they do not oppose the requested extension to file a response to the Motion to Dismiss.

5. The extension is needed due to depositions and extensive litigation briefing in other cases. In addition, lead counsel for Plaintiff was delayed out of town.

2

6. The extension is not requested for purposes of delay. No party will be prejudiced by the extension, and Defendant's counsel has agreed to it.

THEREFORE Plaintiff respectfully requests that the Court grant an extension of three days, or up to and including July 1, 2016, to respond to Defendant's Motion to Dismiss.

Respectfully Submitted,

/s/ Sarah A. Brown
Sarah A. Brown, KS# 12130
Dan Curry, KS#22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2016 the foregoing document was served by the Court's electronic filing system upon the following parties of record:

Michael C. Leitch #19588
University of Kansas
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu

ATTORNEY FOR DEFENDANT

                                                  /s/ Sarah A. Brown
                                                  Attorney for Plaintiff