**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAISY TACKETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **UNIVERSITY OF KANSAS** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**
**FOR PLAINTIFF TO RESPOND TO DEFENDANT'S**
**MOTION TO DISMISS**

NOW, on this 29th day of June 2016, the above matter comes before this Court upon the Plaintiff's Motion for a three (3) day extension of time in which to submit her response to Defendant's Motion to Dismiss. The Court, for good cause shown, hereby grants this motion and orders that the Plaintiff's response to the Defendant's Motion to Dismiss be filed on or before July 1, 2016.

DATE: June 29, 2016           \_\_s/ J. Thomas Marten_____
                              THE HONORABLE J. THOMAS MARTEN,
                              UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF KANSAS