IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DAISY TACKETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-2266-JTM-GEB |
| | ) | |
| UNIVERSITY OF KANSAS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2).

This case was filed on March 21, 2016 and removed on April 25, 2016. Case deadlines have not been set, and discovery has yet to begin. Given the early stages of this litigation, Defendant KU cannot be prejudiced by Plaintiff's amending her pleadings for the first time in this case.

Plaintiff's petition was originally drafted under Kansas state law notice pleading standards. Even though Plaintiff drafted her original petition to exceed state and federal notice pleading requirements, fairness dictates that she should have the opportunity to include additional facts at this early stage now that she is in federal court.

Furthermore, in the ten weeks since she filed her original petition, Plaintiff has discovered additional facts that have bearing on the litigation, and therefore

she should be permitted to include in her complaint.

Finally, Defendant KU filed a Rule 12(b)(6) motion that uses arguments that rely on inferences that, because Plaintiff did not include specific factual averments in her notice-pleading petition, those facts must not exist, even though KU has evidence that they do exist. Plaintiff seeks leave to amend her petition to include facts taken from letters sent and received by KU that show it clearly did have knowledge that KU's rowing coach was retaliating against Daisy Tackett with the endorsement and encourage of KU's officials tasked with enforcing Title IX.

Plaintiff prays that the relief requested through this Motion be granted, specifically that this Court grant Plaintiff leave to file the First Amended Complaint pursuant to Rule 15(a)(2).

Respectfully Submitted,


/s/ Dan Curry
Sarah A. Brown, KS# 12130
Dan Curry, KS#22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2016 the foregoing document was served by the Court's electronic filing system upon the following parties of record:

Michael C. Leitch #19588
University of Kansas
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu

ATTORNEY FOR DEFENDANT

/s/ Sarah A. Brown
Attorney for Plaintiff