#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **DAISY TACKETT,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **UNIVERSITY OF KANSAS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

#### ENTRY OF APPEARANCE

The undersigned counsel hereby enters her appearance on behalf of Defendant the University of Kansas.

        Respectfully submitted,

        /s/ Megan K. Walawender
        Michael C. Leitch, Kansas Sup. Ct. #19588
        Megan K. Walawender, Kansas Sup. Ct. # 22955
        Associate General Counsel and
          Special Assistant Attorney General
        Room 245 Strong Hall
        1450 Jayhawk Blvd.
        Lawrence, Kansas  66045
        Tel:  (785) 864-3276;   Fax:  (785) 864-4617
        Email:  mleitch@ku.edu
        E-mail:  megan.walawender@ku.edu
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that on July 25, 2016, I electronically submitted this document with the Clerk of the Court using the CM/ECF system, with notice of filing generated automatically and emailed to:

Dan Curry  
Sarah Brown  
BROWN & CURRY, LLC  
406 W. 34th Street, Suite 810  
Kansas City, MO 64111  
dan@brownandcurry.com  
sarah@brownandcurry.com  
*Attorneys for Plaintiff*

                                        /s/ Megan K. Walawender  
                                        *Attorney for Defendant*  
                                        *University of Kansas*