#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAISY TACKETT,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) |
| v. | )   Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **UNIVERSITY OF KANSAS,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

### DEFENDANT UNIVERSITY OF KANSAS' RESPONSE
### TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

COMES NOW Defendant, the University of Kansas, through counsel, and responds as follows to Plaintiff's Motion for Leave to Amend the Complaint:

Plaintiff has moved for leave to amend her Complaint. While the University of Kansas contends that the additional facts, which have been known by Plaintiff prior to her filing the initial complaint, will not ultimately alter her claims and her Amended Complaint will fail, the University recognizes that under Fed. R. Civ. P. 15, leave to amend is to be freely granted. The University therefore agrees not to oppose Plaintiff's Motion but expressly preserves all defenses and arguments to any allegation, claim or cause of action asserted or relief sought by the proposed Amended Complaint.

        Respectfully submitted,

        /s/ Megan K. Walawender
        Michael C. Leitch, Kansas Sup. Ct. #19588
        Megan K. Walawender, Kansas Sup. Ct. # 22955
        Associate General Counsel and
          Special Assistant Attorney General
        Room 245 Strong Hall
        1450 Jayhawk Blvd.
        Lawrence, Kansas  66045
        Tel:  (785) 864-3276;   Fax:  (785) 864-4617
        Email:  mleitch@ku.edu
        E-mail:  megan.walawender@ku.edu
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2016, I electronically submitted this document with the Clerk of the Court using the CM/ECF system, with notice of filing generated automatically and emailed to:

Dan Curry
Sarah Brown
BROWN & CURRY, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
dan@brownandcurry.com
sarah@brownandcurry.com
*Attorneys for Plaintiff*

        /s/ Megan K. Walawender
        *Attorney for Defendant*
        *University of Kansas*