

March 18, 2016

Daisy Tackett
Sent electronically to

PERSONAL AND CONFIDENTIAL

Dear Daisy,

I am writing to inform you of the outcome of the conduct case involving Mr. John Doe G.

On October 28, 2015, Institutional Opportunity and Access (IOA) learned from Senior Associate Athletics Director Debbie Van Saun that you had reported that you had been sexually assaulted the previous academic year. You agreed to participate in an investigation which concluded on February 23, 2016 when IOA released its findings; specifically, that Mr. John Doe engaged in non-consensual sex with you. Further, IOA recommended that Mr. John Doe be permanently expelled from the university.

On February 26, 2016, a formal hearing was scheduled for Monday, March 11, 2016 to resolve an alleged violation of the *Code of Student Rights and Responsibilities* by Mr. John Doe G. The hearing was then delayed to March 21, 2016. You agreed to participate in the hearing and provide solely a victim impact statement.

This letter confirms that this matter has been resolved to your satisfaction, without a hearing on the following terms:

- Mr. John Doe has been effectively permanently expelled from the University of Kansas. He was withdrawn from the University effective March 17, 2016. He is not eligible for readmission.
- A notation will be placed on Mr. John Doe's transcript.
- Mr. John Doe has been banned from campus for a period of ten years.
- The no contact directive between Mr. John Doe and you will remain in place. He is not to have contact with you in-person, by electronic means, or other methods of communication. This includes him mentioning, referencing, or tagging you in any social media.

This outcome achieves everything that would have been sought during the formal hearing and the University understands that you are in agreement with the resolution. The University is confident that this outcome addresses your interests and those of the University community. The University is an agency of the State of Kansas, and this letter is intended to serve as a notice of a final agency action by the University of Kansas. Chancellor Bernadette Gray-Little is the agency officer who should receive any service on behalf of the University of any subsequent petition for judicial review of this action.

Daisy, if you have any questions regarding this agreement, please feel free to contact me at 785-864-4060.

Sincerely,

Tammara Durham, Ed.D.
Vice Provost for Student Affairs

CC:   Dan Curry, Advisor and Counsel to Mr. Tackett