**Jones, Joshua Steven**

---

**From:** Jones, Joshua Steven
**Sent:** Wednesday, December 09, 2015 6:45 PM
**To:** Tackett, Daisy S
**Cc:** 'dan@brownandcurry.com'
**Subject:** No Contact Directive
**Attachments:** 12.9.15 John Doe G No Contact Letter.pdf

Good Evening Daisy,

I have attached a copy of the No Contact Directive that I have been working on regarding Mr John Doe . Please let me know if you have any questions. Please notify us of any violations of the no contact directive immediately if they should occur.

Best,

Joshua S. Jones

Interim Director / Investigator
The Office of Institutional Opportunity and Access
Lawrence/Edwards Campus
Carruth-O'Leary Room 135
1246 West Campus Road
Lawrence, KS 66045
(785) 864-8063
(785) 864-0869 FAX
711 TTY
IOA@ku.edu

THE UNIVERSITY OF
KU KANSAS
Institutional
Opportunity & Access

**CONFIDENTIAL**

December 9, 2015

John Doe G
John @ku.edu

Re: Complaint with the Office of Institutional Opportunity and Access (IOA)
Complaint #15-087

**VIA ELECTRONIC MAIL**

Dear Mr. John Doe,

We met on Wednesday, December 2, 2015 regarding a complaint of sexual assault made by Daisy Tackett. You were represented during that meeting by your attorneys Sarah Swain and Cooper Overstreet. As part of that conversation we discussed the University's policy prohibiting retaliation.

On Friday, December 4, 2015, I received a report from Ms. Tackett that you were both in the same area on campus after one of her classes. According to Ms. Tackett, you and others with began calling to her saying "What's up Daisy" in a mocking tone. According to Ms. Tackett, when she did not say anything in response, you turned to your friends and stated "Whatever, I hate that Bitch anyway."

These actions, if true, could be considered retaliation in violation of the *Code of Student Rights and Responsibilities* and the *Nondiscrimination, Equal Opportunity, and Affirmative Action* policy.

As we discussed in our December 2nd meeting, the easiest way to avoid any allegations of retaliation is to avoid any contact with Ms. Tackett. Accordingly, at this time, I am giving you a 'no contact' directive with respect to Daisy Tackett. You are to refrain from contacting or attempting to contact Ms. Tackett, either personally or through any other person. This directive is not intended to preclude your attorneys from representing you in this matter.

You are hereby informed that this 'no contact' order means that you understand you are prohibited from initiating, or contributing through third-parties, to any physical, verbal, electronic, or written communication with Daisy Tackett, her family, her friends or her

{L0047836.3 }

associates. This also includes a prohibition from interfering with her personal possessions. The no contact directive remains in place until further notice from the Office of Institutional Opportunity and Access. Moreover, I reiterate that retaliation against persons who may pursue or participate in a University investigation, whether by you directly or by your associates, is a violation of University policy.

A violation of this directive could result in a recommendation for conduct sanctioning; including, but not limited to, suspension and expulsion from the University.

Please feel free to contact me if you have any additional questions. I can be reached at (785)864-6414 or by email at joshjones@ku.edu.

Sincerely,

Joshua Jones
Interim Director

Cc:  Lance Watson, Director of Student Conduct and Community Standards
     Diana Robertson, Director of KU Student Housing
     Sarah Swain, Attorney for John Doe G
     Cooper Overstreet, Attorney for John Doe G