## Jones, Joshua Steven

| | |
|---|---|
| **From:** | Jones, Joshua Steven |
| **Sent:** | Thursday, February 25, 2016 4:51 PM |
| **To:** | 'Daisy Tackett' |
| **Cc:** | dan@brownandcurry.com |
| **Subject:** | Withdrawal Letter |
| **Attachments:** | 2.24.16 Tackett Withdrawal Letter.pdf |

Good Evening Daisy,

I forgot to send this letter out to you yesterday. It details and confirms the actions the University of Kansas took regarding your withdrawal from KU. If you have any questions or concerns, please let me know.

Best,

Joshua S. Jones

Interim Director / Investigator
The Office of Institutional Opportunity and Access
Lawrence/Edwards Campus
Carruth-O'Leary Room 135
1246 West Campus Road
Lawrence, KS 66045
(785) 864-8063
(785) 864-0869 FAX
711 TTY
IOA@ku.edu



**Institutional
Opportunity and Access**

## CONFIDENTIAL

February 24, 2016

Daisy Tackett

Re:   Complaint with the Office of Institutional Opportunity and Access (IOA)
      Complaint #15-087

## VIA ELECTRONIC MAIL

Dear Ms. Tackett,

I am writing to convey actions taken by the University of Kansas regarding your withdrawal from the University. On January 21, 2016, you and your father notified me that you would be withdrawing from the University. In that meeting, we discussed actions that IOA could take to support your withdrawal. The following actions have been taken:

1. IOA has confirmed with Brian McDow, Senior Associate Director for Enrollment Systems Integration, that you were approved for a 100% fee petition for the Spring 2016 semester.
2. IOA has confirmed with Tara Vereen, Assignments Manager with KU Student Housing, you will only be assessed 50% of the contract rate for student housing instead of 75% of the contract rate that was previously assessed. This means you are not being assessed any spring charges.
3. IOA has verified that the equipment letter that was sent to you was sent in error.
4. You may or may not have received a loan disbursement. If you have questions regarding this, Joan Weaver, Associate Director, Financial Aid & Scholarships would be happy to speak to you and answer any questions or concerns you may have. She can be reached at 785-864-5478.

If you have any questions please feel free contact me at (785)864-6414 or by email at joshjones@ku.edu.

Sincerely,

Joshua Jones
Interim Director

Office of Institutional Opportunity and Access
Carruth-O'Leary | 1246 West Campus Road, Room 153 | Lawrence, KS 66045-7521 | (785)864-6414 | Fax (785)864-8069 | www.Ioa.ku.edu