IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAISY TACKETT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-cv-2266- JTM-GEB |
| | ) |
| UNIVERSITY OF KANSAS, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF KANSAS      )
                     ) ss:
COUNTY OF DOUGLAS    )

I, Joshua Jones being first duly sworn, on oath, depose and state:

1. I am the duly appointed custodian of business records for the Institutional Opportunity and Access Department of the University of Kansas and have authority to certify the authenticity of such records.

2. The copies of the records attached hereto and marked as exhibits are true and correct copies of the records requested, except for redactions of records regarding other students.

3. The records were prepared by the personnel or staff of The University of Kansas, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

4.

By: _____
Custodian of Business Records

Subscribed and sworn to before the undersigned on the 2nd day of September, 2016.

_____
Notary Public

My appointment expires:

TONI R. McMILLEN
Notary Public - State of Kansas
My Appt. Expires 11/21/16

{L0054649.1}                            1