# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAISY TACKETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **UNIVERSITY OF KANSAS** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Plaintiff hereby moves this Court for an extension of time of seven days to file her response to Defendant's Motion to Dismiss First Amended Complaint. In support of this motion and pursuant to Local Rule 6.1(a), Plaintiff states:

1. Defendant filed its Motion to Dismiss First Amended Complaint in this Court on September 2, 2016.

2. Plaintiff's response to Defendant's Motion to Dismiss is currently due on September 23, 2016.

3. Counsel for Plaintiff spoke by telephone with counsel for Defendant on September 23, 2016, and Defense counsel responded that they do not oppose the requested extension to file a response to the Motion to Dismiss First Amended Complaint.

4. The extension is needed due to depositions and extensive litigation briefing in other cases.

5. The extension is not requested for purposes of delay. No party will be prejudiced by the extension, and Defendant's counsel has agreed to it.

THEREFORE Plaintiff respectfully requests that the Court grant an extension of seven days, or up to and including September 30, 2016, to respond to Defendant's Motion to Dismiss First Amended Complaint.

Respectfully Submitted,

/s/ Dan Curry
Dan Curry, KS#22750
Sarah A. Brown, KS# 12130
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2016 the foregoing document was served by the Court's electronic filing system upon the following party of record:

Michael C. Leitch #19588
University of Kansas
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu

ATTORNEY FOR DEFENDANT

                                      /s/ Dan Curry
                                      Attorney for Plaintiff