IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAISY TACKETT )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF KANSAS )<br>)<br>)<br>   Defendants. ) | Case No. 16-cv-2266-JTM-GEB |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

COMES NOW Plaintiff and moves the Court pursuant to Rule 15(a)(2) for an Order granting leave to file a Second Amended Complaint. In support of this Motion, Plaintiff states as follows:

1. On March 21, 2016, Plaintiff filed her initial Petition in state court in the Douglas County District Court. (Doc. 1-1)

2. Defendant KU removed this case to federal court in April and then filed a Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6) on May 27, 2016, alleging that Plaintiff and not met the federal notice pleading standards for two causes of actions she had pleaded. (Doc. 10).

3. On July 1, 2016, Plaintiff filed her Response to Defendant's Motion to Dismiss. (Doc. 16).

4. On July 2, 2016, Plaintiff filed her first Motion for Leave to Amend her petition. (Doc. 17).

5. On July 27, 2016, this Court granted Plaintiff leave to file her First

Amended Complaint. (Doc. 21).

6. On August 9, 2016, Plaintiff filed her First Amended Complaint. (Doc. 22).

7. On September 2, 2016, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint. (Doc. 25).

8. Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2).

9. Plaintiff seeks to amend the First Amended Complaint in order to add facts discovered after September 9, 2016 and facts that Defendant included in its Motion to Dismiss Plaintiff's First Amended Complaint, specifically paragraphs 91 through 111 in the proposed Second Amended Complaint, attached as Exhibit 1.

10. This request is not made for the purpose of delay, but instead to include new facts which support Plaintiff's causes of action.

11. The Motion does not seek to add new parties or new causes of action.

12. No discovery has been conducted in this case.

13. No deadline for amended pleadings has yet been set.

14. Plaintiff contends no prejudice will result to the Defendant by granting the relief requested in this Motion, but anticipates that Defendant will oppose this motion.

15. Plaintiff incorporates the accompanying Memorandum of Law in

support.

16.  The proposed Second Amended Complaint is attached as Exhibit 1 to this motion.

WHEREFORE, Plaintiff prays that the relief requested through this Motion be granted, specifically that this Court grant Plaintiff leave to file the Second Amended Complaint pursuant to Rule 15(a)(2).

Respectfully Submitted,

/s/ Dan Curry
Sarah A. Brown, KS# 12130
Dan Curry, KS#22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2016 the foregoing document was served by the Court's electronic filing system upon the following parties of record:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276; Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu
ATTORNEYS FOR DEFENDANT

/s/ Dan Curry
Attorney for Plaintiff