# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAISY TACKETT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case No. 16-cv-2266- JTM-GEB |
| | ) |
| UNIVERSITY OF KANSAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant hereby moves this court for an extension of time of seven days or up to and including October 21, 2016 to file its response to Plaintiff's Motion For Leave to File A Second Amended Complaint and its reply in support of its Motion to Dismiss the First Amended Complaint. In support of the motion, and pursuant to Local Rule 6.1(a), Defendant states:

1. Counsel for Defendant consulted with counsel for plaintiff by e-mail, and he has no objection to the requested extension of time.

2. Plaintiff filed her petition alleging Title IX violations in state court on March 21, 2016, and defendant was served on April 4, 2016. The case was removed to this Court on April 25, 2016. Defendant moved to dismiss and Plaintiff filed her First Amended Complaint on August 9, 2016. Defendant moved to dismiss Plaintiff's First Amended Complaint on September 2, 2016. On September 30, 2016, Plaintiff filed her response to Defendant's Motion to Dismiss the First Amended Petition and a Motion for Leave to File Second Amended Petition.

3. Defendant's response to Plaintiff's Motion For Leave to File A Second Amended Complaint and its reply in support of its Motion to Dismiss the First Amended Complaint is currently due on October, 14, 2016.

4. The extension is needed due to the press of litigation in other matters and to allow defendant additional time and to review the amended allegations in the proposed second amended complaint, conduct necessary factual and legal research, and prepare a response.

5. The extension is not requested for purposes of delay. No party will be prejudiced by the extension, and plaintiff's counsel has agreed to it.

THEREFORE Defendant respectfully requests that the Court grant an extension of seven days, or up to and including October 21, 2016, to answer or otherwise respond to the plaintiff's petition.

                Respectfully submitted,

                /s/ Megan K. Walawender
                Michael C. Leitch, Kansas Sup. Ct. #19588
                Megan K. Walawender, Kansas Sup. Ct. # 22955
                Associate General Counsel
                Room 245 Strong Hall
                1450 Jayhawk Blvd.
                Lawrence, Kansas  66045
                Tel:  (785) 864-3276;   Fax:  (785) 864-4617
                Email:  mleitch@ku.edu
                      Megan.walawender@ku.edu
                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

       I certify that on October 14, 2016, I electronically filed this document using the CM/ECF system, with notice of filing generated automatically and emailed to:

Dan Curry
Sarah Brown
BROWN & CURRY, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
dan@brownandcurry.com
sarah@brownandcurry.com
*Attorneys for Plaintiff*

                                            /s/ Megan K. Walawender
                                            *Attorney for Defendant*
                                            *University of Kansas*