IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAISY TACKETT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-cv-2266-JTM-GEB |
| ) | |
| UNIVERSITY OF KANSAS ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF OUT-OF-TIME IN SUPPORT OF MOTION FOR LEAVE TO AMEND**

COMES NOW Plaintiff and moves the Court pursuant to Local Rule 6.1 for an Order granting leave to file a First Amended Complaint. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's Reply brief in support of her Motion for Leave to Amend (ECF Doc. 28) was due on Friday, November 4, 2016.

2. On that date, Plaintiff's counsel filed a Reply brief in support in the wrong case – the Reply brief was prepared and filed in support of a substantially similar motion filed in the Jane Doe 7 v. University of Kansas case, Case No. 16-cv-2458-JTM-GLR. (ECF Doc. 27). The Reply in the Jane Doe 7 case was not truly due until November 8, 2016.

3. Plaintiff's counsel mistakenly believed he had until November 8, 2016 to file the Reply brief in support of Tackett's Motion for Leave to Amend.

4. The Reply brief to be filed in the present case will be substantially similar to the Reply brief filed in Jane Doe 7 on November 4, 2016 (ECF Doc. 27).

5. The similarity in the docketing prompted the excusable neglect of Plaintiff's counsel.

6. Filing this Reply brief out of time will not prejudice Defendant.

7. Counsel for Defendant KU has stated she has no objection to this motion.

8. Plaintiff's original deadline to file the Reply was November 4, 2016.

9. No previous requests for extension had been requested.

10. Plaintiff requests leave to file the Reply brief in this case by Wednesday, November 9, 2016.

11. This brief extension of time is necessary to complete the necessary editing of the Reply brief in the present case.

WHEREFORE, Plaintiff prays that the relief requested through this Motion be granted, specifically that this Court grant Plaintiff leave to file her Reply brief in support of her Motion for Leave to Amend.

Respectfully Submitted,

/s/ Dan Curry
Sarah A. Brown, KS# 12130
Dan Curry, KS#22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2016 the foregoing document was served by the Court's electronic filing system upon the following parties of record:


Michael C. Leitch
Megan K. Walawender
University of Kansas
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu
megan.walawender@ku.edu

ATTORNEY FOR DEFENDANT

                                            /s/ Dan Curry
                                            Attorney for Plaintiff