**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAISY TACKETT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | )     Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **UNIVERSITY OF KANSAS,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**NOTICE OF SERVICE OF DEFENDANT**
**UNIVERSITY OF KANSAS' INITIAL DISCLOSURES**

Defendant University of Kansas hereby notifies the Court that on the 23rd day of March, 2017, it served its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), to plaintiff and all counsel of record.

                                                          Respectfully submitted,

                                                          /s/ Megan K. Walawender
                                                          Megan K. Walawender   KS #2955
                                                           Associate General Counsel
                                                           Room 245 Strong Hall
                                                           1450 Jayhawk Blvd.
                                                           Lawrence, Kansas  66045
                                                           Tel:  (785) 864-3276;   Fax:  (785) 864-4617
                                                           Email: Megan.walawender@ku.edu
                                                           *Attorney for Defendant University of Kansas*

CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2017, I electronically filed the above and foregoing NOTICE OF SERVICE using the CM/ECF system, with notice of filing generated automatically and emailed to:

Dan Curry
Sarah Brown
BROWN & CURRY, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
dan@brownandcurry.com
sarah@brownandcurry.com
*Attorneys for Plaintiff*

/s/ Megan K. Walawender
*Attorney for Defendant*

{L0058756.1 }   2