**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAISY TACKETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **Case No. 16-cv-2266-JTM-GEB** |
| | ) |
| THE UNIVERSITY OF KANSAS, | ) |
| | ) |
|     Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Initial Rule 26(a)(1) Disclosures were served by electronic mail on March 23, 2017 to:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu
ATTORNEYS FOR DEFENDANT

          Respectfully Submitted,

          /s/ Dan Curry
          Sarah A. Brown, KS# 12130
          Dan Curry, KS#22750
          Brown & Curry, LLC
          406 West 34th Street, Suite 810
          Kansas City, MO 64111
          (816) 756-5458
          (816) 666-9596 (FAX)
          sarah@brownandcurry.com
          dan@brownandcurry.com

          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 23, 2017 the foregoing document was served by the Court's electronic filing system upon the following parties of record:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276; Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu
ATTORNEYS FOR DEFENDANT

                /s/ Dan Curry
                Attorney for Plaintiff