## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAISY TACKETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 16-cv-2266-JTM-GEB |
| ) | |
| **THE UNIVERSITY OF KANSAS,** ) | |
| ) | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff hereby certifies that her first production of documents identified in Plaintiff's Initial Rule 26 Disclosures, bates numbered P00001 – P04290, was served by first-class mail on May 15, 2017 to:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
ATTORNEYS FOR DEFENDANT

    Respectfully Submitted,

    BROWN & CURRY, LLC

    */s/ Dan Curry*
    Dan Curry, MO #22750
    Sarah A. Brown, MO #12130
    406 West 34th Street, Suite 810
    Kansas City, MO 64111
    (816) 756-5458
    (816) 666-9596 (FAX)
    dan@brownandcurry.com
    sarah@brownandcurry.com

    ATTORNEYS FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2017, the foregoing document was served by the court's electronic filing system upon the following parties of record:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu
ATTORNEYS FOR DEFENDANT

                                             */s/ Dan Curry*
                                             ATTORNEY FOR PLAINTIFF