**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAISY TACKETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **THE UNIVERSITY OF KANSAS,** | ) |
| | ) |
| Defendant. | |

## NOTICE OF SERVICE

Plaintiff served the First Interrogatories to Defendant and First Requests for Production to Defendant on July 14, 2017 via e-mail upon the following parties:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
ATTORNEYS FOR DEFENDANT

                                    Respectfully Submitted,

                                    BROWN & CURRY, LLC

                                    */s/ Dan Curry*
                                    Dan Curry, MO #22750
                                    Sarah A. Brown, MO #12130
                                    406 West 34th Street, Suite 810
                                    Kansas City, MO 64111
                                    (816) 756-5458
                                    (816) 666-9596 (FAX)
                                    dan@brownandcurry.com
                                    sarah@brownandcurry.com

                                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2017, the foregoing document was served by the court's electronic filing system upon the following parties of record:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu
ATTORNEYS FOR DEFENDANT

                                            */s/ Dan Curry*
                                            ATTORNEY FOR PLAINTIFF