**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAISY TACKETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-2266-JTM-GEB |
| | ) |
| **UNIVERSITY OF KANSAS** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves this Court to modify the scheduling order deadlines, including extending the Plaintiff's expert disclosure deadline, which is currently today, September 1, 2017. In support of this motion and pursuant to Local Rule 6.1(a), Plaintiff states:

1. Documents referenced in Rule 26(a) disclosures have been exchanged.

2. Plaintiff has also propounded written discovery to Defendant. Plaintiff Tackett agreed to give Defendant an extension of 30 days to respond to the written discovery, which would make the Defendant's responses due in the middle of September.

3. Responses to that written discovery are necessary for Plaintiff Tackett to prepare expert disclosures, which are currently due on September 1, 2017, having been previously extended a month by the Court.

4. Plaintiff Tackett has also served a Second Request for Production of Documents for which Defendant has until September 11, 2017, ten (10) days after Plaintiff's current expert disclosure deadline, to respond.

5. Plaintiff Tackett intends to notice up depositions following the receipt of written discovery.

6. The requested documents and depositions are necessary for preparation of expert reports.

7. The extension is not requested for purposes of delay.

8. Given the necessity of extending the Tackett expert deadline to permit the necessary discovery to occur, the following modifications to the Scheduling Order are requested:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Discovery | November 22, 2017 | January 15, 2018 |
| Plaintiff's Expert Disclosure | September 1, 2017 | November 1, 2017 |
| Defendant's Expert Disclosure | October 2, 2017 | December 1, 2017 |
| Pre-trial Conference | December 8, 2017 | January 31, 2017 |
| Pre-trial Order | December 1, 2017 | January 24, 2017 |
| Dispositive Motion | February 7, 2018 | February 14, 2017 |

9. These changes should not affect the current trial setting date of July 24, 2018.

WHEREFORE Plaintiff respectfully requests that the Court allow these Scheduling Order modifications.

Respectfully Submitted,

/s/ Dan Curry
Dan Curry, KS# 22750
Sarah A. Brown, KS# 12130
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017 the foregoing document was served by the Court's electronic filing system upon the following party of record:

Michael C. Leitch
Megan Walawender
University of Kansas
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu
megan.walawender@ku.edu

ATTORNEY FOR DEFENDANT

               /s/ Dan Curry
               Attorney for Plaintiff