IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JANE DOE 7, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-2458-JTM-GEB |
| | ) | |
| THE UNIVERSITY OF KANSAS, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DAISY TACKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-2266-JTM-GEB |
| | ) | |
| THE UNIVERSITY OF KANSAS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | (Consolidated for Discovery) |

## NOTICE OF DEPOSITION OF CARRIE COOK-CALLEN

Please take notice that Plaintiffs will take the deposition of Carrie Cook-Callen on Friday, October 6, 2017 at 9:30 a.m., in the conference room of the Wagnon Student Athletic Center, at The University of Kansas, 1555 Irving Hill Road, Lawrence, Kansas 66045, before a notary public or other person authorized to give oaths. Said deposition is to be continued day to day at the same place and time until completed. The deposition will be upon oral examination pursuant to and for all uses and purposes provided in the Federal Rules of Civil Procedure.

Respectfully Submitted,

BROWN & CURRY, LLC

*/s/ Sarah A. Brown*
Sarah A. Brown, MO #12130
Dan Curry, MO #22750
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017 the foregoing document was served by the court's electronic filing system upon the following parties of record:

Michael C. Leitch
Megan K. Walawender
University of Kansas
Office of the General Counsel
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
mleitch@ku.edu
megal.walawender@ku.edu

ATTORNEYS FOR DEFENDANT

*/s/ Sarah A. Brown*
ATTORNEY FOR PLAINTIFFS