# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAISY TACKETT,       )<br>                              )<br>    Plaintiff,             )<br>                              )<br>v.                            )<br>                              )<br>UNIVERSITY OF KANSAS, )<br>                              )<br>    Defendant.            )<br>                              ) | Case No. 16-cv-2266-JTM-GEB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, hereby stipulate to the dismissal, with prejudice, of this lawsuit, each party to bear her or its own fees, costs, and expenses.

APPROVED:

/s/ Dan Curry
Dan Curry
Sarah Brown
BROWN & CURRY, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
dan@brownandcurry.com
sarah@brownandcurry.com
*Attorneys for Plaintiff*

/s/ Megan K. Walawender
Megan K. Walawender, KS #22955
Michael C. Leitch, KS #19588
Associate General Counsel and
    Special Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas  66045
Tel:  (785) 864-3276;  Fax:  (785) 864-4617
Megan.walawender@ku.edu
mleitch@ku.edu
*Attorneys for Defendant*