**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| **DAISY TACKETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 16-cv-2266-JTM-GEB** |
| | ) | |
| **UNIVERSITY OF KANSAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court is in receipt of the parties' Stipulation for Dismissal with Prejudice filed on November 17, 2017 (Dkt. 76), and finds that the above-entitled action should be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated this 21st day of November, 2017.

s/ J. Thomas Marten
United States District Court

Submitted by:

| | |
|---|---|
| /s/ Megan K. Walawender | /s/ Dan Curry |
| Megan K. Walawender, KS #22955 | Dan Curry   KS #22750 |
| Michael C. Leitch, KS #19588 | Sarah Brown   KS #12130 |
| Associate General Counsel and | BROWN & CURRY, LLC |
|    Special Assistant Attorney General | 406 W. 34th Street, Suite 810 |
| Room 245 Strong Hall | Kansas City, MO 64111 |
| 1450 Jayhawk Blvd. | dan@brownandcurry.com |
| Lawrence, Kansas  66045 | sarah@brownandcurry.com |
| Tel:  (785) 864-3276;   Fax:  (785) 864-4617 | *Attorneys for Plaintiff* |
| Megan.walawender@ku.edu | |
| mleitch@ku.edu | |
| *Attorneys for Defendant* | |

{L0062845.1 }                                              1